# UNITED STATES DISTRICT COURT
для the
Western District of Washington

| | | |
|---|---|---|
| **Mark Hoffman** ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 24-cv-6003-TMC | |
| **REAGAN GOLD GROUP, LLC** ) | | |
| *Defendant* ) | | |

## AFFIDAVIT OF SERVICE

I, Aram Melikyan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Reagan Gold Group, LLC in Los Angeles County, CA on December 10, 2024 at 10:15 am at 6800 Owensmouth Avenue, suite 230, Los Angeles, CA 91303 by leaving the following documents with Andrea Gomez who as Front desk employee is authorized by appointment or by law to receive service of process for Reagan Gold Group, LLC.

Complaint
Coversheet
Summons

Hispanic or Latino Female, est. age 25-34, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.194077104,-118.6013831211
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Los Angeles County</u>, <u>CA</u> on <u>12/12/2024</u>. | /s/ *Aram Melikyan* <br> ──────────────── <br> Signature <br> Aram Melikyan <br> +1 (818) 983-9450 |



