# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REAGAN GOLD GROUP, LLC<br><br>Defendant. | Case No. 3:24-cv-06003 |

## MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Reagan Gold Group LLC ("Defendant") in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of

Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *See* Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint in December 2024. *See* ECF No. 1. The Defendant was served on December 10, 2024 with its responsive pleading due on January 2, 2025. *See* ECF No. 6. However, the Defendant did not file a responsive pleading despite the fact that it has acknowledged receipt of the lawsuit. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this 30th day of January, 2025.

By:   */s/ Samuel J. Strauss,* WSBA #46971
Samuel J. Strauss, WSBA #46971
Email:  sam@turkestrauss.com
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile:  (608) 509-4423

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on January 30, 2025, I caused the foregoing to be transmitted by mail to the following:

REAGAN GOLD GROUP, LLC
c/o Gautum Kumar
6800 Owensmouth Ave.
Suite 230
Los Angeles, CA 91303

DATED this 30th day of January, 2025.

STRAUSS BORRELLI PLLC

By:  /s/ Samuel J. Strauss, WSBA #46971
    Samuel J. Strauss, WSBA #46971
    Email:  sam@turkestrauss.com
    613 Williamson St., Suite 201
    Madison, Wisconsin 53703
    Telephone: (608) 237-1775
    Facsimile:  (608) 509-4423

*Attorneys for Plaintiff*