# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REAGAN GOLD GROUP, LLC<br><br>　　　　　　Defendant. | Case No. 3:24-cv-6003 TMC<br><br>DEFAULT ENTRY AGAINST DEFENDANT REAGAN GOLD GROUP, LLC |

　　　Pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a), default is hereby entered against defendant REAGAN GOLD GROUP, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

　　　Dated this 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　*s/Mary Trent*
　　　　　　　　　　　　　　　　　　　　　　　Mary Trent, Deputy Clerk

DEFAULT ENTRY AGAINST DEFENDANT REAGAN GOLD GROUP, LLC - 1