AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| MARK HOFFMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-06003 |
| Reagan Gold Group, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reagan Gold Group, LLC

Date: 02/27/2025

*/s/ David M. Rose*
Attorney's signature

David M. Rose 32849
Printed name and bar number

216 S. Palouse St.
Walla Walla, WA 99362
Address

dmr@pnwfamilylaw.com
E-mail address

(509) 288-4806
Telephone number

FAX number