1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

HONORABLE JUDGE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MARK HOFFMAN, on behalf of himself and
all others similarly situated,

Plaintiff,

vs.

REAGAN GOLD GROUP, LLC

Defendant.

Case No. 3:24-cv-6003-TMC

**(PROPOSED) ORDER GRANTING**
**PLAINTIFF'S BRIEF SHOWING**
**CAUSE & MOTION TO COMMENCE**
**DISCOVERY PRIOR TO RULE 26(F)**
**CONFERENCE**

17

18

19

20

21

22

23

24

25

26

27

Before the Court is Plaintiff's Brief Showing Cause & Motion to Commence Discovery
Prior to Rule 26 (F) Conference.  The Court hereby grants Plaintiff leave under Fed. R. Civ. P.
26(d)(1) to conduct discovery of Defendant related to the requirements for class certification
under Fed. R. Civ. P. 23, the telephone solicitations made to Plaintiff, and the telephone
solicitations made to each member of the putative class.

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

IT IS SO ORDERED.

DATED this ___ of April 2025                    _____

                                    THE HONORABLE TIFFANY M. CARTWRIGHT

       Presented by:

STRAUSS BORRELLI PLLC


By: */s/Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*admitted pro hac vice*)
Alex Phillips (*admitted pro hac vice*)
Email:  sam@straussborrelli.com
raina@straussborrelli.com
aphillips@straussborrelli.com
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109

*Attorneys for Plaintiff*

(PROPOSED) ORDER GRANTING PLAINTIFF'S
BRIEF SHOWING CAUSE & MOTION TO COMMENCE
DISCOVERY PRIOR TO RULE 26(F) CONFERENCE
Case No. 3:24-cv-6003-TMC