HONORABLE JUDGE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

REAGAN GOLD GROUP, LLC

    Defendant.

Case No. 3:24-cv-6003-TMC

**ORDER GRANTING PLAINTIFF'S BRIEF SHOWING CAUSE & MOTION TO COMMENCE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE**

    Before the Court is Plaintiff's Brief Showing Cause & Motion to Commence Discovery Prior to Rule 26 (F) Conference. The Court hereby grants Plaintiff leave under Fed. R. Civ. P. 26(d)(1) to conduct discovery of Defendant related to the requirements for class certification under Fed. R. Civ. P. 23, the telephone solicitations made to Plaintiff, and the telephone solicitations made to each member of the putative class.

ORDER GRANTING PLAINTIFF'S
BRIEF SHOWING CAUSE & MOTION TO COMMENCE
DISCOVERY PRIOR TO RULE 26(F) CONFERENCE
Case No. 3:24-cv-6003-TMC

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED. |
| 3 | DATED this 24th of April 2025 |
| 4 | THE HONORABLE TIFFANY M. CARTWRIGHT |

Presented by:

STRAUSS BORRELLI PLLC

By: */s/Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*admitted pro hac vice*)
Alex Phillips (*admitted pro hac vice*)
Email:  sam@straussborrelli.com
raina@straussborrelli.com
aphillips@straussborrelli.com
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
BRIEF SHOWING CAUSE & MOTION TO COMMENCE
DISCOVERY PRIOR TO RULE 26(F) CONFERENCE
Case No. 3:24-cv-6003-TMC