UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

REAGAN GOLD GROUP, LLC

Defendant.

Case No. 3:24-cv-6003 TMC

DECLARATION OF STEVE FRANCIS
IN SUPPORT OF
MOTION TO SET ASIDE DEFAULT

I, Steve Francis, do hereby declare:

1.    My name is Steve Francis and I am the current CEO of Defendant Reagan Gold Group. I have personal knowledge of the following factual statements and if called upon to testify would do so on the basis of such personal knowledge.

2.    I started Reagan Gold Group ("RGG") inJuly of 2017. We are a small family-run company with 8-10 sales reps who are actively speaking with individuals who have shown interest in owning physical gold or silver because they have requested to receive a gold guide to learn more about how gold or silver could be used as an investment option for their savings and retirement.

3.    Compliance with the TCPA is a very high priority for RGG and since I started the business this allegation of one of our team members contacting a person on the national "do not call list"

DECLARATION OF MARY BOSTON IN SUPPORT OF MOTION TO SET ASIDE DEFAULT- 1

comes as a surprise. I am committed to ensuring that this does not happen again and we will strive to keep our small team in strict compliance with the TCPA.

We have partnered with Hiya since April 19th, 2023. They are a call branding company that displays our company name to recipients we contact upon receiving consent. Prior to that, we partnered with First Orion for similar services.

In addition, we are currently reviewing several call center compliance companies who will further enhance our compliance for national and state DNC regulations and TCPA compliance using software. This will remove human error and further solidify compliance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 22, 2025.

_____
Steve Francis

DECLARATION OF MARY BOSTON IN SUPPORT OF MOTION TO SET ASIDE DEFAULT- 2