

Anthony Paronich <anthony@paronichlaw.com>

## Fw: Case No. 24-cv-6003
1 message

**Sam Strauss** <sam@straussborrelli.com>	Tue, Dec 10, 2024 at 5:23 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Alex Phillips <aphillips@straussborrelli.com>, Isabella Ricker <iricker@straussborrelli.com>

**From:** Mary Boston <M.Boston@reagangoldgroup.com>
**Sent:** Tuesday, December 10, 2024 4:21:03 PM
**To:** Sam Strauss <sam@straussborrelli.com>; Sam Strauss <sam@straussborrelli.com>
**Subject:** Case No. 24-cv-6003

Mr. Strauss,

My name is Mary Boston and I oversee marketing efforts for Reagan Gold Group. I am just now in receipt of this court document and hope to resolve the situation quickly. I'd like to reach an agreement with the least amount of legal fees because we don't have a company attorney and don't intend on going to court.

We reviewed Mr. Hoffman's record and determined that contact attempts were made in error, as his status on the Do Not Call (DNC) list should have prevented them. This oversight was on our part, and we sincerely apologize for the inconvenience it caused Mr. Hoffman.

We are a small family run company with less then 10 people in sales. We pride ourselves on not being like many other companies in our business who use high pressure sales tactics. In addition, we very much value the strong reputation we've earned with our clients.

Please reference our 4.95 rating with the BBB. https://www.bbb.org/us/ca/los-angeles/profile/precious-metal-dealers/reagan-gold-group-llc-1216-904238

In addition, our triple AAA rating with BCA. https://report.checkbca.org/reagan-gold-group-llc--156293602

I am working with our phone provider to implement another procedure whereby our system will prevent this action in the future. This should eliminate human error.

Please let me know how you'd like to proceed. Again, I'm sorry for the inconvenience and disruption this has caused to Mr. Hoffman.

Sincerely,
Mary Boston



**Mary Boston**
**CMO, Reagan Gold Group**

📞 888-634-1523 ext. 218

🌐 www.Rggusa.com

✉ M.Boston@rggusa.com

📍 2029 Century Park East Suite 400 Los Angeles, CA 90067

  

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender, therefore, does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required, please request a hard-copy version. Reagan Gold Group 2029 Century Park East Suite 400 Century City, CA 90067