

Anthony Paronich <anthony@paronichlaw.com>

## RE: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003
1 message

**Anthony Paronich** <anthony@paronichlaw.com>　　　　　　　　　　　　　　　Thu, Jan 9, 2025 at 3:35 PM
To: "Tim J. Filer" <tim.filer@foster.com>, Sam Strauss <sam@straussborrelli.com>, Raina Borrelli <raina@straussborrelli.com>

Tim:

To confirm our conversation, you have not been retained to appear. As such, we intend to move for a default and will pursue any and all remedies our client has against the company and the corporate officers.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Tim J. Filer <tim.filer@foster.com>
**Sent:** Thursday, January 9, 2025 3:29 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>
**Subject:** RE: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

Anthony –

What's the best number to reach you?

Tim

**Tim J. Filer**
Principal

Foster Garvey PC
*Tel:* 206.447.2904
tim.filer@foster.com

---

**From:** Tim J. Filer
**Sent:** Wednesday, January 8, 2025 9:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>
**Subject:** RE: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

That works for me.

Thanks.

**Tim J. Filer**
Principal

Foster Garvey PC
*Tel:* 206.447.2904
tim.filer@foster.com

Case 3:24-cv-06003-TMC    Document 16-2    Filed 04/27/25    Page 3 of 6

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, January 8, 2025 9:27 AM
**To:** Tim J. Filer <tim.filer@foster.com>; Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>
**Subject:** RE: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

Hey, Tim. I'll take lead and the call, how about 12:30 tomorrow your time?

**From:** Tim J. Filer <tim.filer@foster.com>
**Sent:** Wednesday, January 8, 2025 12:06 PM
**To:** Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

Thanks Sam and nice to meet you via email Raina and Anthony.

In terms of scheduling, my calendar is open tomorrow (Thursday, January 9) from 12:30 pm to 4:30 pm Pacific time. Is there a window in there that works on your schedules?

Tim

**Tim J. Filer**
Principal

Foster Garvey PC
*Tel:* 206.447.2904
tim.filer@foster.com

**From:** Sam Strauss <sam@straussborrelli.com>
**Sent:** Wednesday, January 8, 2025 6:06 AM
**To:** Tim J. Filer <tim.filer@foster.com>; Raina Borrelli <raina@straussborrelli.com>; Anthony Paronich

<anthony@paronichlaw.com>
**Subject:** Re: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

Good morning, again, Tim:

I also wanted to loop in my co-counsel, Anthony Paronich, so we can coordinate a call that works for him too.

Regards,

Sam



The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer. Licensed in Illinois, Washington, and Wisconsin.

**From:** Sam Strauss <sam@straussborrelli.com>
**Sent:** Wednesday, January 8, 2025 7:57 AM
**To:** Tim J. Filer <tim.filer@foster.com>; Raina Borrelli <raina@straussborrelli.com>
**Subject:** Re: Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003

Good morning, Tim:

It's nice to hear from you. I would be happy to chat.

In addition, I am looping in my partner, Raina Borrelli, as she is lead on this case.

Warm regards,

Sam



The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer. Licensed in Illinois, Washington, and Wisconsin.

---

**From:** Tim J. Filer <tim.filer@foster.com>
**Sent:** Tuesday, January 7, 2025 6:33 PM
**To:** Sam Strauss <sam@straussborrelli.com>
**Subject:** Hoffman v. Reagan Gold Group / WDWA Case #24-CV-06003


Sam –


We briefly crossed paths a while back when I was working with Mary Turke as co-counsel on a case in Wisconsin.


Reagan Gold Group has just engaged me on the above matter.


Would you have a few minutes in the next couple of days for a phone call to discuss it?


Thanks.


Tim

# Tim J. Filer
**Principal**

*Tel:* 206.447.2904 ▪ *Fax:* 206.749.1939
tim.filer@foster.com

### Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com

This email is for the sole use of the intended recipient(s). It contains information that may be confidential and/or legally privileged. If you believe that is has been sent to you in error, please notify the sender immediately by reply email and destroy all copies of this message. Any disclosure, copying, distribution, or use of this information by anyone other than the intended recipient is prohibited.