

Anthony Paronich <anthony@paronichlaw.com>

## Hoffman v. Reagan Gold Group
1 message

**David J. Kaminski** <kaminskid@cmtlaw.com>  Wed, Jan 15, 2025 at 2:19 AM
To: Anthony Paronich <anthony@paronichlaw.com>

Do you have a few minutes to Chat tomorrow??

Regards,

David J. Kaminski

*Managing Partner and Chair of the Financial Services and Class Action Group*

CARLSON & MESSER LLP

5901 W. Century Boulevard, Suite 1200

Los Angeles, CA  90045

310-242-2200 **Main**

310-242-2204 **Direct**

310-242-2222 **Fax**

kaminskid@cmtlaw.com



THE INFORMATION CONTAINED IN THIS E--MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY--CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E--MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.