The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

REAGAN GOLD GROUP LLC,

Defendants.

No. 3:24-cv-6003 TMC

ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE

| Amended Pleadings | 1/20/2026 |
|---|---|
| Completion of Fact Discovery | 6/30/2026 |
| Expert Disclosures | Plaintiff by 7/27/2026.<br><br>Defense by 8/24/2026.<br><br>Completion of expert depositions by 9/14/2026.<br><br>Motion to exclude experts by 10/19/2026 (briefing per local rules). |

ORDER ON SCHEDULING ORDER – 1

| Class Certification | Motion filed by 7/27/2026 |
|---|---|
| | Response by 8/24/2026. |
| | Reply by 9/21/2026. Note motion for 9/21/2026. |

The court will set further schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification.

Dated this 19th day of October 2025.

Tiffany M. Cartwright
United States District Court Judge

ORDER ON SCHEDULING ORDER – 2