THE HONORABLE TIFFANY M. CARTRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MARK HOFFMAN, on behalf of all others similarly situated,

               Plaintiff,

   vs.

**R**EAGAN GOLD GROUP, LLC

               Defendant.

Case No. 3:24-cv-06003-TMC

**NOTICE OF APPEARANCE FOR COUNSEL FOR DEFENDANT REAGAN GOLD GROUP, LLC**

PLEASE TAKE NOTICE that the following attorney of the firm Troutman Amin, LLP hereby appears as counsel of record for Defendant REAGAN GOLD GROUP, LLC:

Eric J. Troutman
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, California 92618
troutman@troutmanamin.com
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Please include Mr. Troutman on all further notices, papers, and pleadings for this case.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

Dated: May 13, 2026                    TROUTMAN AMIN, LLP

By: */s/ Brittany Andres*
    Eric J. Troutman
    Puja J. Amin
    Brittany A. Andres

    *Attorneys for Defendant*
    *REAGAN GOLD GROUP, LLC*

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Brittany A. Andres*
Brittany A. Andres

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com