**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARK HOFFMAN, on behalf of all others similarly situated, | Case No. 3:24-cv-06003-TMC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE FOR COUNSEL FOR DEFENDANT REAGAN GOLD GROUP, LLC** |
| **R**EAGAN GOLD GROUP, LLC | |
| Defendant. | |

PLEASE TAKE NOTICE that the following attorney of the firm Troutman Amin, LLP

hereby appears as counsel of record for Defendant REAGAN GOLD GROUP, LLC:

Eric J. Troutman
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, California 92618
troutman@troutmanamin.com
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Please include Mr. Troutman on all further notices, papers, and pleadings for this case.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

Dated: May 13, 2026

TROUTMAN AMIN, LLP

By: */s/ Eric J. Troutman*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres

*Attorneys for Defendant*
*REAGAN GOLD GROUP, LLC*

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically sent the foregoing to counsel of record for the Plaintiff.

*/s/ Eric J. Troutman*
Eric J. Troutman

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com