THE HONORABLE TIFFANY M. CARTRIGHT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

MARK HOFFMAN, on behalf of all others similarly situated,

Plaintiff,

vs.

REAGAN GOLD GROUP, LLC

Defendant.

Case No. 3:24-cv-06003-TMC

**DEFENDANT REAGAN GOLD GROUP, LLC CORPORATE DISCLOSURE STATEMENT**

**(FRCP 7.1; Local Rule 7.1)**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Reagan Gold Group, LLC states:

1.    Defendant Reagan Gold Group, LLC is a limited liability company with its principal place of business in Los Angeles, California.

2.    There is no parent corporation or any publicly held corporation owning 10% or more of Reagan Gold Group, LLC stock.

3.    Steve Francis is the owner, sole member, and governor of Reagan Gold Group, LLC.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

Dated: May 13, 2026                    TROUTMAN AMIN, LLP

                                        By: */s/* Brittany A. Andres
                                            Eric J. Troutman (WSBA # 45747)
                                            Puja Amin (Pro Hac Vice)
                                            Brittany A. Andres (Pro Hac Vice)
                                            400 Spectrum Center Drive
                                            Suite 1450
                                            Irvine, CA 92618
                                            troutman@troutmanamin.com
                                            amin@troutmanamin.com
                                            brittany@troutmanamin.com
                                            Tel: (949) 350-5612

                                        PACIFIC NORTHWEST FAMILY LAW

                                        By:  */s/ David M. Rose*
                                            David M. Rose (WSBA # 32849)
                                            dmr@pnwfamilylaw.com
                                            216 S. Palouse Street
                                            Walla Walla, Washington 99362
                                            Telephone: (509) 288-4806

                                            *Attorneys for Defendant*
                                            *REAGAN GOLD GROUP, LLC*

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Brittany A. Andres*
Brittany A. Andres