THE HONORABLE TIFFANY M. CARTRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MARK HOFFMAN, on behalf of all others similarly situated,

Plaintiff,

vs.

REAGAN GOLD GROUP, LLC

Defendant.

Case No. 3:24-cv-06003-TMC

**NOTICE OF WITHDRAWAL OF COUNSEL**

To: The Clerk and All Parties of Record

**PLEASE TAKE NOTICE THAT** the undersigned counsels, Eric J. Troutman, Puja J. Amin, and Brittany A. Andres of the Troutman Amin, LLP, hereby withdraw as counsels of record for Defendant REAGAN GOLD GROUP, LLC, in the above captioned action. Defendant REAGAN GOLD GROUP, LLC remains represented by Pacific Northwest Family Law PLLC and counsel of record is David M. Rose.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

Notice of Withdrawal of Counsel
Case No. 3:24-cv-06003-TMC
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
(949) 350-5612

Dated: June 08, 2026         TROUTMAN AMIN, LLP

By: */s/ Eric J. Troutman*
    Eric J. Troutman (Pro Hac Vice)
    Puja Amin (Pro Hac Vice)
    Brittany A. Andres (Pro Hac Vice)
    400 Spectrum Center Drive
    Suite 1450
    Irvine, CA 92618
    troutman@troutmanamin.com
    amin@troutmanamin.com
    brittany@troutmanamin.com
    Tel: (949) 350-5612


PACIFIC NORTHWEST FAMILY LAW

By: */s/ David M. Rose*
    David M. Rose (WSBA # 32849)
    dmr@pnwfamilylaw.com
    216 S. Palouse Street
    Walla Walla, Washington 99362
    Telephone: (509) 288-4806


*Attorneys for Defendant*
*REAGAN GOLD GROUP, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Eric J. Troutman*
Eric J. Troutman