**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated, | No. 3:24-cv-06003-TMC |
| Plaintiff, | Honorable District Judge Tiffany M. Cartwright |
| vs. | ORDER GRANTING JOINT STIPULATED MOTION TO AMEND CLASS CERTIFICATION SCHEDULING ORDER |
| REAGAN GOLD GROUP, LLC | |
| Defendant. | Noting Date: Tuesday, July 7, 2026 |

THIS MATTER comes before the Court on the Parties' Joint Stipulated Motion to Amend the Court's October 19, 2025 Order Setting Class Certification Briefing Schedule (the "Motion"). Having considered the Motion, the Parties' stipulation, and the record in this matter, the Court finds good cause and ORDERS as follows:

1. The Parties' Joint Stipulated Motion to Amend the October 19, 2025 Scheduling Order is GRANTED.

\\

\\

ORDER GRANTING PARTIES' JOINT
STIPULATED MOTION TO AMEND CLASS
CERTIFICATION SCHEDULING ORDER Page 1

2. The deadlines governing class-certification-related discovery and briefing are amended as follows:

| TASK | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Expert Disclosures and Motion for Class Certification: | July 27, 2026 | September 25, 2026 |
| Defendant's Expert Disclosures and Response to Motion for Class Certification: | August 24, 2026 | October 23, 2026 |
| Completion of Class-Certification Expert Depositions: | September 14, 2026 | November 13, 2026 |
| Plaintiff's Reply in Support of Motion for Class Certification and Noting Date: | September 21, 2026 | November 20, 2026 |
| Motions Challenging Expert Testimony Related to Class Certification: | October 19, 2026 | December 18, 2026 (briefing pursuant to the Local Civil Rules) |
| Remaining Rule 16 Scheduling Deadlines: | As Previously Ordered | To be established by further Order of the Court following resolution of Plaintiff's motion for class certification |

3. Except as expressly modified herein, the Court's October 19, 2025 Order remains in full force and effect.

**IT IS SO ORDERED.**

DATED ___July 8_____, 2026.

The Honorable Tiffany M. Cartwright
UNITED STATES DISTRICT JUDGE

*[Counsel presentment block to follow on next page.]*

ORDER GRANTING PARTIES' JOINT
STIPULATED MOTION TO AMEND CLASS
CERTIFICATION SCHEDULING ORDER Page 2

Presented by:

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

*/s/ David M. Rose*
David Mark Rose, WSBA #32849
**PACIFIC NORTHWEST FAMILY LAW**
216 South Palouse Street
Walla Walla, WA 99362
Telephone: (509) 572-3700
Fax: (509) 572-3701
dmr@pnwfamilylaw.com

*Counsel for Defendant*
*Reagan Gold Group LLC*

ORDER GRANTING PARTIES' JOINT
STIPULATED MOTION TO AMEND CLASS
CERTIFICATION SCHEDULING ORDER Page 3