**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REAGAN GOLD GROUP, LLC<br><br>Defendant. | No. 3:24-cv-06003-TMC<br><br>Honorable District Judge Tiffany M. Cartwright<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND EXTENSION OF CLASS-CERTIFICATION-RELATED DISCOVERY DEADLINES<br><br><u>Noting Date:</u><br>Tuesday, September 8, 2026 |

THIS MATTER comes before the Court on Plaintiff's Motion to Amend the Class Certification Scheduling Order, filed on August 24, 2026 at ECF 40. Having considered the Motion and the record herein, the Court finds good cause to modify the existing schedule and GRANTS Plaintiff's Motion.

\\

\\

Accordingly, the Court hereby ORDERS that the class-certification-related discovery and briefing deadlines set forth in the Court's July 8, 2026 Order (Dkt. 37) are amended as follows:

| **Task** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Completion of Fact Discovery** | August 31, 2026 | December 4, 2026 |
| **Plaintiff's Expert Disclosures and Motion for Class Certification** | September 25, 2026 | January 15, 2027 |
| **Defendant's Expert Disclosures and Response to Motion for Class Certification** | October 23, 2026 | February 12, 2027 |
| **Completion of Class-Certification Expert Depositions** | November 13, 2026 | March 5, 2027 |
| **Plaintiff's Reply in Support of Motion for Class Certification and Noting Date** | November 20, 2026 | March 12, 2027 |
| **Motions Challenging Expert Testimony Related to Class Certification** | December 18, 2026 | April 9, 2027 |
| **Remaining Rule 16 Scheduling Deadlines** | | To be established by further Order following resolution of Plaintiff's Motion for Class Certification. |

All other provisions of the Court's July 8, 2026 Amended Scheduling Order (Dkt. 37) shall remain in full force and effect unless expressly modified by this Order.

**IT IS SO ORDERED:**

September 9, 2026
Date

Honorable District Judge Tiffany M. Cartwright

Presented by:

Samuel J. Strauss, WSBA No. #46971
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on August 24, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 24th day of August, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com