UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>REAGAN GOLD GROUP LLC,<br><br>Defendant. | Case No. 3:24-cv-06003-TMC<br><br>ORDER COMPELLING DISCOVERY RESPONSES |

## I. ORDER

On September 10, 2026, the Court held a discovery hearing pursuant to its chambers procedures for resolving discovery disputes. At the hearing, it was established that after Defendant Reagan Gold Group LLC failed to voluntarily provide certain information relevant to identifying potential class members (the “DAG lead data”), Plaintiff Hoffman served his second set of discovery requests on June 9, 2026. Defendant’s responses were due July 9, 2026, but Defendant failed to serve any written responses, objections, interrogatory answers, or responsive documents.

The Court therefore ORDERS under Federal Rule of Civil Procedure 37(a)(3)(B) that Defendant Reagan Gold Group LLC must serve complete written responses and produce

documents responsive to Plaintiff's second set of discovery requests, including the DAG lead data, no later than September 17, 2026.

Dated this 10th day of September, 2026.

Tiffany M. Cartwright
United States District Judge