**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

REAGAN GOLD GROUP, LLC

Defendant.

No. 3:24-cv-06003-TMC

Hon. District Judge Tiffany M. Cartwright

ORDER GRANTING PLAINTIFF'S MOTION FOR RULE 16 STATUS CONFERENCE REGARDING DEFENDANT'S FAILURE TO COMPLY WITH DISCOVERY ORDER

Noting Date:
Tuesday, November 3, 2026

*(No Oral Argument Requested)*

THIS MATTER comes before the Court on Plaintiff Mark Hoffman's Motion for Rule 16 Status Conference Regarding Defendant's Failure to Comply with Discovery Order (the “Motion”). Having considered the Motion and the record herein, the Court finds good cause and hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED.

2. A status conference pursuant to Federal Rule of Civil Procedure 16 is hereby SET for November 23, 2026, at 9:30 AM, before the Honorable Tiffany M. Cartwright, to address

Defendant Reagan Gold Group LLC's compliance with the Court's September 10, 2026 Order Compelling Discovery Responses (ECF No. 44).

3. Defendant's counsel and a representative of Reagan Gold Group LLC with personal knowledge of Defendant's discovery efforts and authority to facilitate and ensure compliance with the Court's September 10, 2026 Order shall appear at the status conference. Defendant's representative shall be prepared to address the status of the outstanding discovery, the reasons for any noncompliance, and the steps and timeframe necessary to complete production.

4. The Court reserves consideration of any further relief concerning Defendant's compliance with its discovery orders, including relief under Federal Rule of Civil Procedure 37(b), as appropriate.

**IT IS SO ORDERED:**

November 5, 2026
Date

Honorable District Judge Tiffany M. Cartwright

Presented by:

Samuel J. Strauss, WSBA No. #46971
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*