AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

MARK HOFFMAN, on behalf of himself and all others s )
*Plaintiff* )
v. ) Case No. 3:24-cv-06003-TMC
REAGAN GOLD GROUP, LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reagan Gold Group, LLC .

Date: 11/11/2026

s/Chad M. Colton
*Attorney's signature*


Chad M. Colton, WSBA 49412
*Printed name and bar number*

ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209

*Address*

chad.colton@ashurstperkins.com
*E-mail address*

(503) 727-2130
*Telephone number*

*FAX number*