AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

MARK HOFFMAN, on behalf of himself and all others s )
*Plaintiff* )
v. ) Case No. 3:24-cv-06003-TMC
REAGAN GOLD GROUP, LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reagan Gold Group, LLC .

Date: 11/17/2026

s/Shae G. McPhee
*Attorney's signature*

Shae G. McPhee, WSBA 62438
*Printed name and bar number*

ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
*Address*

shae.mcphee@ashurstperkins.com
*E-mail address*

(206) 530-5771
*Telephone number*

*FAX number*