AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| MARK HOFFMAN, on behalf of himself and all others s<br>*Plaintiff*<br>v.<br>REAGAN GOLD GROUP, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:24-cv-06003-TMC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reagan Gold Group, LLC .

Date: 11/17/2026

s/Steven S. Beale
*Attorney's signature*

Steven S. Beale, WSBA 55723
*Printed name and bar number*

ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
*Address*

steven.beale@ashurstperkins.com
*E-mail address*

(206) 359-3180
*Telephone number*

*FAX number*