THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REAGAN GOLD GROUP, LLC,<br><br>Defendant. | No. 3:24-cv-06003-TMC<br><br>STIPULATED MOTION TO CONTINUE RULE 16 CONFERENCE<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 17, 2026 |

Defendant Reagan Gold Group, LLC and Plaintiff Mark Hoffman jointly submit this stipulated motion and respectfully ask the Court to continue the Rule 16 conference, which the Court scheduled for November 23, 2026 at 9:30 AM. ECF No. 46 (the "Order"); *see* Local Civil Rules 7(d)(1), 7(j), 10(g), 16(b)(6). New counsel for Reagan Gold recently appeared and are working quickly to acquaint themselves with the factual and procedural history of this matter. New counsel will ensure that Reagan Gold promptly complies with the Court's orders, including the Court's Order Compelling Discovery Responses, *see* ECF No. 44. Plaintiff agrees that a continuance is in the interests of both parties. The parties expect that they can resolve, without the Court's assistance, the issues that precipitated the Court's Order scheduling the conference. For those reasons, the parties respectfully submit that there is good cause to continue the Rule 16 conference to a later date.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# I. ARGUMENT

## A. The Court has broad discretion to continue the Rule 16 conference.

The Court has broad discretion to modify its schedule when there is good cause to do so. *James v. Nationwide Affinity Ins. Co. of Am.*, No. C22-772-RSM, 2023 WL 5020403, at *1 (W.D. Wash. July 31, 2023) (citation omitted); Fed. R. Civ. P. 16(b)(4); *accord* LCR 16(b)(6). Modification is warranted when the parties have acted diligently, *James*, 2023 WL 5020403, at *1 (citation omitted), and where modification promotes "judicial economy," *FTC v. Noland*, No. CV-00-2260-PHX-DWL, 2021 WL 1541624, at *3 (D. Ariz. Apr. 19, 2021) (quoting *United States v. Dang*, 488 F.3d 1135, 1142–43 (9th Cir. 2007)); *see* LCR 1(a) ("These rules should be interpreted so as to be consistent with the Federal Rules and to promote the just, efficient, speedy, and economical determination of every action and proceeding."). Under Local Civil Rule 7(j), "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." All these factors militate in favor of continuing the Rule 16 conference.

## B. There is good cause to continue the Rule 16 conference.

***First***, the parties have been "reasonably diligent." *Schweickert v. Hunts Point Ventures, Inc.*, 13-CV-675RSM, 2014 WL 6886630, at *11 (W.D. Wash. Dec. 4, 2014). New counsel just appeared for Reagan Gold and will promptly respond to any outstanding discovery requests. Upon appearing, Reagan Gold's new counsel requested a meet and confer with Plaintiff's counsel, and the parties agreed to jointly seek a continuance of the Rule 16 conference. Reagan Gold's new counsel will familiarize themselves with the case and diligently work to ensure that Reagan Gold complies with the Court's orders, including the Court's Order Compelling Discovery Responses. All of this demonstrates diligence supporting a continuance of the Rule 16 conference.

***Second***, the proposed continuance will further the interests of efficiency and judicial economy by potentially avoiding a Rule 16 conference. The parties hope that they can resolve their



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

outstanding disputes without the Court's assistance. A continuance would thus "serve all parties' interests, as well as judicial economy." *Noland*, 2021 WL 1541624, at *3.

The parties also hope a continuance will aid their efforts to resolve the merits of this matter without the Court's intervention, further promoting judicial economy. *See St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018) ("An extension of the remaining court deadlines is appropriate to allow the Parties to complete discovery and engage in further discussions related to resolution.").

***Third***, the requested continuance will not materially or unduly delay the disposition of this matter. *See Thykkuttathil v. Keese*, 294 F.R.D. 601, 603 (W.D. Wash. 2013).

***Finally***, the parties jointly seek the proposed continuance sufficiently in advance of the November 23, 2026 Rule 16 conference to facilitate a ruling before that date, consistent with Local Civil Rule 7(j).

## II. CONCLUSION

The parties respectfully ask the Court to enter an order continuing the Rule 16 conference to January 11, 2027 at 9:30 AM, or another date and time convenient for the Court.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I certify that this memorandum contains 677 words, in compliance with the Local Civil Rules.

By: s/*Anthony I. Paronich*
Samuel J. Strauss, WSBA No. #46971
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Mark Hoffman and the Putative Class*

By: s/ *Chad M. Colton*
Chad M. Colton, WSBA No. 49412
**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222
chad.colton@ashurstperkins.com

Shae McPhee, WSBA No. 62438
Steven Sun Beale, WSBA 55723
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
shae.mcphee@ashurstperkins.com
steven.beale@ashurstperkins.com

*Attorneys for Defendant REAGAN GOLD GROUP, LLC*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 17, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 17, 2026

s/ *Chad M. Colton*
Chad M. Colton



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000