THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REAGAN GOLD GROUP, LLC,<br><br>Defendant. | No. 3:24-cv-06003-TMC<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE RULE 16 CONFERENCE<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 17, 2026 |

This matter comes before the Court on the parties' Stipulated Motion to Continue the Rule 16 Conference. The Court GRANTS the motion. The Rule 16 conference is rescheduled for January 11, 2027 at 9:30AM.

**IT IS SO ORDERED.**

DATED this _____ day of _______________, 2026.

_______________________________
Tiffany M. Cartwright
United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

By: s/ *Anthony I. Paronich*
Samuel J. Strauss, WSBA No. #46971
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Mark Hoffman and the Putative Class*

By: s/ *Chad M. Colton*
Chad M. Colton, WSBA No. 49412
**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222
chad.colton@ashurstperkins.com

Shae McPhee, WSBA No. 62438
Steven Sun Beale, WSBA 55723
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
shae.mcphee@ashurstperkins.com
steven.beale@ashurstperkins.com

*Attorneys for Defendant Reagan Gold Group, LLC*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 17, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 17, 2026

s/ *Chad M. Colton*
Chad M. Colton



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000